## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| SOMALTUS LLC § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> ASUS COMPUTER INTERNATIONAL § <br> § <br> Defendant. § <br>_____ § <br> SOMALTUS LLC § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> TOSHIBA AMERICA INFORMATION § <br> SYSTEMS, INC., § <br> § <br> Defendant. § <br>_____ § | Case No: 2:16-CV-00757-JRG-RSP <br><br> LEAD CASE <br><br><br><br><br><br><br> Case No: 2:16-CV-00763-JRG-RSP <br><br> CONSOLIDATED CASE |

## ORDER OF DISMISSAL

On this date, the Court considered Plaintiff Somaltus LLC's Stipulation of Dismissal Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant Toshiba America Information Systems, Inc. ("TAIS") are dismissed with prejudice.

**SIGNED this 9th day of June, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE